IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY P. EPHRIAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:17-cv-572-SRW |
| | ) | |
| THE FRESH MARKET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the parties' joint stipulation of dismissal (Doc. 24), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

ORDERED that the Clerk of Court is directed to close this case and to annotate the docket to reflect that this matter is DISMISSED WITH PREJUDICE. Costs are taxed as paid.

Done, on this the 30th day of November, 2018.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge